UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE PARKER and
ADAM MOFFIT,

       Plaintiffs,

                                  Case No. 25-cv-11422
v.                                  Honorable Linda V. Parker

KIMBERLY CARGOR,
FNU WENDT, FNU MCCALLUM,
and FNU THOMPSON,

       Defendants.
_____/

## OPINION AND ORDER DENYING AS MOOT MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION TO APPOINT COUNSEL

Bruce Parker and Adam Moffit (collectively "Plaintiffs") initiated this lawsuit while incarcerated at the Michigan Department of Corrections ("MDOC") G. Robert Cotton facility, claiming that Defendants violated their constitutional rights by preventing Plaintiffs from marrying as a "same sex" couple. Defendants are the warden, assistant deputy wardens, and chaplain of the G. Robert Cotton facility.

When they filed their Complaint, Plaintiffs paid the wrong filing fee, so an order to correct deficiency was entered. Before the deficiency was corrected, Plaintiffs filed a motion for temporary restraining order claiming that Defendants

were interfering with their mail and thus their access to the court.  (ECF No. 9.)

Plaintiffs subsequently paid the filing fee and filed a motion to appoint counsel.

(ECF No. 20.)

Since that time, Moffit has been paroled (*see* ECF No. 30), Parker was

transferred to MDOC's Carson City Correctional facility (*see* ECF No. 24), and an

attorney entered her appearance on Plaintiffs' behalf (ECF Nos. 31, 32).  These

developments render Plaintiffs' pending motions moot.

Accordingly,

**IT IS ORDERED** that Plaintiffs' motion for a temporary restraining order

(ECF No. 9) and motion to appoint counsel (ECF No. 20) are **DENIED AS**

**MOOT**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 27, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of
record and/or pro se parties on this date, February 27, 2026, by electronic and/or
U.S. First Class mail.

s/Aaron Flanigan
Case Manager
